IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01413-RPM

STORM MOUNTAIN RANCH, LLC,
a Colorado limited liability company, and
JAMES M. TEMPLE,

        Plaintiffs,

v.

James Z. Carol and
RANCH CENTRAL, LLC,
a California limited liability company,

        Defendants.
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

Pursuant to the Plaintiff's Response to Order to Show Cause and the Amended Complaint, filed on August 15, 2005, it is

ORDERED that the order to show cause is discharged.

DATED: August 17, 2005

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge